# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS C. LAWRENCE  
5135 GRANITE STREET  SSN-xxx-xx-9050  
LOVES PARK, IL  61111

Case Number: 07-70193

Case filed on: 1/30/2007  
Plan Confirmed on: 5/18/2007

D Dismissed

Total funds received and disbursed pursuant to the plan:  $941.34            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 495.30 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 495.30 | 0.00 |
| 017 | THOMAS C. LAWRENCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | THOMAS C. LAWRENCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | EVERGREEN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MEMBERS ALLIANCE CR UN | 9,426.70 | 9,426.70 | 82.92 | 305.88 |
|  | Total Secured | 9,426.70 | 9,426.70 | 82.92 | 305.88 |
| 002 | MEMBERS ALLIANCE CR UN | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ANN M DITTMAR | 5,049.32 | 5,049.32 | 0.00 | 0.00 |
| 004 | BARRICK SWITZER LONG BALSLEY & VAN EVERA | 7,593.75 | 7,593.75 | 0.00 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 2,425.32 | 2,425.32 | 0.00 | 0.00 |
| 006 | MEDSOURCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MEMBERSALLIANCE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PERRYVILLE SURGICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROCKFORD E.A.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | AFNI/VERIZON WIRELESS | 576.64 | 576.64 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | VICKI LAWRENCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AFNI/VERIZON | 1,211.13 | 1,211.13 | 0.00 | 0.00 |
|  | Total Unsecured | 16,856.16 | 16,856.16 | 0.00 | 0.00 |
|  | Grand Total: | 29,282.86 | 29,282.86 | 578.22 | 305.88 |

Total Paid Claimant:      $884.10  
Trustee Allowance:         $57.24         Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:      0.00         discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007            By  /s/Heather M. Fagan